UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE J. TAYLOR,

    Plaintiff,

                                           Case No. 16-10466

v.

                                           Hon. John Corbett O'Meara

COUNTY OF WAYNE, *et al.*,

    Defendants.

_____/

## ORDER OF PARTIAL DISMISSAL

On February 19, 2016, Plaintiff filed his amended complaint, alleging the following counts: Count I, violation of 42 U.S.C. § 1983; Count II, violation of § 1983; Count III, intentional misconduct, deliberate indifference/gross negligence; Count IV, intentional infliction of emotional distress; Count V, negligent hiring, training, and supervision; and Count VI, claim for exemplary and punitive damages.

Although Counts I and II are cognizable in this court pursuant to 28 U.S.C. § 1331, the remaining allegations present claims based on state law. This court declines to exercise supplemental jurisdiction over Plaintiff's state law claims so as to avoid jury confusion. See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich.

1994); Sanford v. Detroit Pub. Schs., 2014 WL 1922722 (E.D. Mich. 2014) ("Mixing federal-law claims with supplemental state-law claims can cause procedural and substantive problems; in the interest of judicial economy and convenience, these problems should be avoided.").

Accordingly, to the extent they present claims under state law, Counts III-VI of Plaintiff's amended complaint are DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

                                      s/John Corbett O'Meara
                                      United States District Judge

Date: February 23, 2016


I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, February 23, 2016, using the ECF system and/or ordinary mail.

                                      s/William Barkholz
                                      Case Manager